

FILED
CLERK, U.S. DISTRICT COURT

MAR - 3 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAZVAN ALEZANDRU BALU,<br><br>Defendant. | Case No.  26-MJ-1183<br><br>ORDER OF DETENTION |

I.

On March 3, 2026, Defendant Razvan Alezandru Balu, assisted by the Romanian language interpreter, made his initial appearance in this district on the criminal complaint filed in the United States District Court for the Southern District of California. Deputy Federal Public Defender, Reid Rowe, was appointed to represent Defendant.   The government was represented by Assistant United States Attorney Christopher Jones.   Defendant submitted on the recommendation of detention in the report prepared by United States Probation and Pretrial Services.

☐   On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒   On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive,

or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also considered  the information presented at the hearing, the arguments of counsel, and the report and recommendation prepared by U.S. Probation and Pretrial Services.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒        Defendant is a citizen of Romania, has no legal status in the United States (was previously removed in 2023) and no bail resources

☒        Defendant provided false identification at the time of arrest.

As to danger to the community:

☒        Allegations in the criminal complaint involve the use of stolen EBT account numbers and PINs to withdraw over $150,000 in CALWORKS EBT accounts belonging to numerous victims.

V.

2

IT IS THEREFORE ORDERED that the defendant be detained until trial and transported forthwith to the United States District Court for the Southern District of California for further proceedings.

The Court directed both government counsel and defendant's counsel to follow up with government counsel in the charging district regarding Defendant's transportation to, and arrival in, the charging district for his next appearance.

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: March 3, 2026

_____/s/_____
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE